## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| ADRIAN BACON, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ALL WEB LEADS, INC.,<br><br>   Defendant. | Case No. 1:20-cv-00043 |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JAMES R. NOWLIN

Plaintiff Adrian Bacon and Defendant All Web Leads, Inc. (collectively, the "Parties") file this Agreed Motion to Dismiss and would respectfully show as follows:

Plaintiff Adrian Bacon and Defendant All Web Leads, Inc. have resolved Bacon's claims in this case. Accordingly, the Parties jointly move the Court to enter an agreed order and judgment: (1) dismissing Adrian Bacon's individual claims **with prejudice**; and (2) dismissing the putative class claims **without prejudice**. Bacon and All Web Leads agree that the dismissal with prejudice as to Bacon is a full dismissal that fully resolves all claims that were, or could have been, asserted by Bacon against All Web Leads and all such alleged liability of All Web Leads to Bacon will be fully extinguished by the dismissal. Bacon and All Web Leads are the only parties that have appeared in this action and no class has been certified. Thus, this dismissal concludes this matter in its entirety. Each party will bear his or its own attorneys' fees and costs incurred in this action.

Respectfully submitted,

Dated:  March 15, 2021        /s/ Ari N. Rothman
Ari N. Rothman (*pro hac vice*)
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
anrothman@venable.com

Peter D. Kennedy
State Bar No. 11296650
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, Texas 78701-3587
(512) 480-5764
(512) 536-9908 (Fax)
pkennedy@gdhm.com

*Attorneys for Defendant*
*All Web Leads, Inc.*

Dated:  March 15, 2021        /s/ Leigh S. Montgomery
HUGHES ELLZEY, LLP
W. Craft Hughes
craft@hughesellzey.com
Jarrett L. Ellzey
jarrett@hughesellzey.com
Leigh S. Montgomery
leigh@hughesellzey.com
1105 Milford St.
Houston, TX 77006
Phone (713) 322-6387
Fax (888) 995-3335

*Attorneys for Plaintiff*
*Adrian Bacon*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of March, 2021 that this document was electronically served by agreement on the following:

| HUGHES ELLZEY, LLP<br>W. Craft Hughes<br>craft@hughesellzey.com<br>Jarrett L. Ellzey<br>jarrett@hughesellzey.com<br>Leigh S. Montgomery<br>leigh@hughesellzey.com<br>1105 Milford St.<br>Houston, TX 77006<br>Phone (713) 322-6387<br>Fax (888) 995-3335 | Attorneys for Plaintiff Adrian Bacon |
|---|---|

*/s/ Peter D. Kennedy*
*Attorney for Defendant All Web Leads, Inc.*

3701157.v1