## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| ADRIAN BACON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED;<br>*Plaintiff*<br><br>VS<br><br>ALL WEB LEADS, INC.,<br>*Defendant* | §<br>§<br>§<br>§   Case No.  A-20-CV-00043-JRN<br>§<br>§<br>§ |

## **FINAL JUDGMENT**

On March 15, 2021, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 44). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

The claims between Plaintiff and Defendant are dismissed with prejudice. The putative class action claims are dismissed without prejudice.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS ORDERED** that each party bear its own costs.

SIGNED this 16th day of March, 2021.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE